

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 11-99-BLG-SPW-01 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ROSANNA LYNN WALKS, | |
| Defendant. | |

Upon the Defendant's Motion for Early Termination of Supervised Release (Doc. 39), pursuant to 18 U.S.C. § 3564(c) and Fed. R. Crim. P. 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. Rosanna Lynn Walks' supervised release is terminated as of the date of this Order.

The Clerk shall notify the U.S. Probation Office of the making of this Order.

DATED this 15th day of November 2016.

SUSAN P. WATTERS
United States District Judge